Entered: August 6, 2020
Signed: August 6, 2020

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Baltimore

**In re:   Case No.:   20−10802 – MMH    Chapter:   7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Tache Alexus Scott
*debtor has no known aliases*
6314 Greenspring Ave.
Apt 303
Baltimore, MD 21209

Social Security No.:   xxx−xx−7716

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 1/21/20.

The estate of the above−named debtor has been fully administered.

ORDERED, that Zvi Guttman is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *aharris*